UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>   v.<br><br>NELSON OTERO and MAXCIME CAGAN,<br><br>      Defendants. | **Criminal No. 11-23 (SRC)**<br><br>**ORDER** |

**CHESLER**, District Judge

  This matter having come before the Court on the motion filed by <u>pro se</u> Defendant Nelson Otero ("Otero") for a judgment of acquittal pursuant to Federal Rule of Criminal Procedure 29(c) [docket entry 92]; and Plaintiff the United States of America having opposed the motion; and the Court having considered the papers filed by the parties; and for the reasons expressed in the Opinion filed herewith;

  **IT IS** on this 8th day of June, 2012,

  **ORDERED** that Defendant Otero's motion for judgment of acquittal [docket entry 92] be and hereby is **DENIED**.


               s/Stanley R. Chesler
               STANLEY R. CHESLER
               United States District Judge