UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MAXCIME CAGAN,<br><br>Defendant. | Criminal No. 11-cr-023 (SRC)<br><br>ORDER<br><br>ALLOWING COUNSEL TO WITHDRAW |

**THIS MATTER** having been opened to the Court on the motion of Thomas Ambrosio, appointed trial counsel for defendant Maxcime Cagan (Thomas Ambrosio, Esq. appearing); and upon consideration of the certification of Thomas Ambrosio, Esq. and for good cause shown:

**IT IS** on this ___5___ day of October, 2012,

**ORDERED** as follows:

As a result of the breakdown of the attorney-client relationship between the defendant, Maxcime Cagan and his appointed attorney, Thomas Ambrosio, Esq. , effective immediately Thomas Ambrosio is relieved as counsel for Maxcime Cagan.

It is further ordered that since Maxcime Cagan has no source of income nor any financial assets, substitute appellate counsel shall be appointed pursuant to the Criminal Justice Act.

10/5/12

Honorable Stanley R. Chesler
United States District Judge